UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Nicholas P. Calafiore,          Case No. 13–22238–gmh
              Debtor.                      Chapter 13

## NOTICE OF HEARING

TO:     Nicholas P. Calafiore          Attorney Anton B. Nickolai
                                                 Trustee Mary B. Grossman

**PLEASE TAKE NOTICE** that a hearing on the debtor's motion to modify his confirmed chapter 13 plan and the debtor's motion to limit notice of that motion will be held on **January 7, 2014, at 02:30 PM, in the United States Courthouse, Room 133, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before United States Bankruptcy Judge G. Michael Halfenger.

If sufficient grounds to grant or deny either motion are alleged, the court may rule at the time of the hearing.

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414–290–2680), <u>with the other interested parties on the line,</u> to reschedule this hearing to a mutually agreeable date and time.

Dated: December 20, 2013                           BY THE COURT:

                                                                       G. Michael Halfenger
                                                                       United States Bankruptcy Judge